BEFORE THE FIRST DIVISION, NOVEMBER 9, 1966

No. P66/329.—Walker & Zanger (West Coast), Ltd. v. United States, protest 63/8031 (Los Angeles).

NICHOLS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of polished marble slabs similar in all material respects to those the subject of *Selectile Co.*,

*Inc.* v. *United States* (54 Cust. Ct. 30, C.D. 2504), the claim of the plaintiff was sustained.